

FILED

05/07/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0273

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0273

---

MATTHEW TEMPEL,

Petitioner,

v.

LIBERTY COUNTY JUSTICE COURT,
HONORABLE JUSTICE OF THE PEACE
CHRISTOPHER CASE, Presiding,

Respondent.

**O R D E R**

FILED

MAY - 7 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

---

Petitioner Matthew Tempel seeks a writ of supervisory control directing the Liberty County Justice Court to rescind its order allowing attorney Stephen A. Gannon to withdraw as counsel in that court's Cause No. TK-530-2023-201.

Tempel advises us that he is facing criminal charges that the Liberty County Attorney could not prosecute due to a conflict of interest. Because the Liberty County Commissioners had previously appointed Gannon as Special Deputy Liberty County Attorney to assist with the prosecution of justice court cases, Gannon was appointed the special prosecutor in this matter. However, Gannon later moved to withdraw from this case after the Liberty County Commissioners appointed two other attorneys as special prosecutors for this case.

Tempel alleges that the appointment of replacement special prosecutors occurred after the mother of the alleged minor victim and the Liberty County Attorney colluded because the mother was displeased with the manner in which Gannon was proceeding with the case. Tempel argues this Court should thus take supervisory control and reinstate Gannon as the prosecutor.

Supervisory control is an extraordinary remedy that is sometimes justified when urgency or emergency factors make the normal appeal process inadequate, the case

involves purely legal questions, and one or more of the three following circumstances exist; the other court is proceeding under a mistake of law and is causing a gross injustice, constitutional issues of state-wide importance are involved, or the other court has granted or denied a motion for substitution of a judge in a criminal case. M. R. App. P. 14(3). Upon review of Tempel's petition and exhibits, we are not convinced that the issue is purely one of law. Tempel argues that special appointed prosecutors must be disinterested and not influenced by private parties. However, these questions require factual determinations. As such, this matter is not susceptible to supervisory control by this Court.

IT IS THEREFORE ORDERED that the Petition for a Writ of Supervisory Control is DENIED and DISMISSED.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Liberty County Justice Court, Cause No. TK-530-2023-201, and the Honorable Christopher Case, presiding.

DATED this 7ᵗʰ day of May, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices

2